UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPUTY SHERIFFS' ASSOCIATION OF MONTEREY COUNTY, on behalf of itself and its members,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTT MILLER, in his personal capacity and his capacity as Sheriff; COUNTY OF MONTEREY,<br><br>Defendants. | Case No.  5:14-cv-04128 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Plaintiff has moved for a temporary restraining order, requesting immediate relief. Because not all parties have consented to proceed before a magistrate judge, the undersigned lacks jurisdiction to hear plaintiff's application.  Accordingly, IT IS ORDERED THAT the Clerk of the Court shall promptly reassign this case to a district judge.  See 28 U.S.C. § 636.

**SO ORDERED**.

Dated:   October 9, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:14-cv-04128-HRL Notice has been electronically mailed to:

Isaac Sean Stevens		istevens@mastagni.com, pbarbieri@mastagni.com

Krista MacNevin Jee		kmj@jones-mayer.com

Martin J. Mayer , Mr		mjm@jones-mayer.com, kmj@jones-mayer.com, wag@jones-mayer.com