UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DEPUTY SHERIFFS' ASSOCIATION OF MONTEREY COUNTY,<br><br>        Plaintiff,<br><br>  v.<br><br>SCOTT MILLER, et al.,<br><br>        Defendants. | Case No.: 14-CV-04128-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Isaac Stevens
Defendants' Attorney: James Touchstone

     An initial case management conference was held on February 18, 2015.  A further case management conference is set for June 17, 2015, at 2:00 p.m.  The parties shall file their joint case management statement by June 11, 2015.

     The parties shall serve initial disclosures by February 25, 2015.

     The parties shall file a joint settlement status report by April 30, 2015.

     The Court set the following case schedule:

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: May 20, 2015

FACT DISCOVERY CUTOFF: December 15, 2015

EXPERT DISCOVERY:
     Opening Reports: October 15, 2015

1

Case No.: 14-CV-04128-LHK
CASE MANAGEMENT ORDER

Rebuttal Reports: November 2, 2015
Close of Expert Discovery: November 16, 2015

DISPOSITIVE MOTIONS shall be filed by December 3, 2015, and set for hearing no later than January 28, 2016 at 1:30 p.m.  The parties may stipulate as to the last date to file oppositions to dispositive motions.  Replies in support of dispositive motions shall be filed no later than January 7, 2016.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: March 24, 2016, at 1:30 p.m.

COURT TRIAL: April 11, 2016, at 9:00 a.m. Trial is expected to last three days.

**IT IS SO ORDERED.**

Dated: February 18, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No.: 14-CV-04128-LHK
CASE MANAGEMENT ORDER