UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| DEPUTY SHERIFFS' ASSOCIATION OF MONTEREY COUNTY,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT MILLER, et al.,<br><br>Defendants. | Case No. 14-CV-04128-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for June 17, 2015 at 2 p.m. *See* Civ. L.R. 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, June 15, 2015, at 10 a.m. The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." *Id.*

**IT IS SO ORDERED**.

Dated: June 12, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 14-CV-04128-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT