UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEPUTY SHERIFFS' ASSOCIATION OF MONTEREY COUNTY,<br><br>  Plaintiff,<br><br>  v.<br><br>SCOTT MILLER, et al.,<br><br>  Defendants. | Case No. 14-CV-04128-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference currently scheduled for Wednesday, June 17, 2015, at 2:00 p.m. is hereby continued to August 19, 2015, at 2:00 p.m. The parties shall file a Joint Case Management Statement by August 12, 2015. The parties' Supplemental Joint Case Management Statement indicates that the parties "have tentatively agreed to settle this case" and "ask the Court to vacate the dates currently set forth in the Court's Case Management Order." ECF No. 30 at 2. Until the parties file a joint stipulation of dismissal, the case schedule will remain as previously set. For the convenience of the parties, the schedule is set forth below:

FACT DISCOVERY CUTOFF: December 15, 2015

EXPERT DISCOVERY:
    Opening Reports: October 15, 2015

1
Case No. 14-CV-04128-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Rebuttal Reports: November 2, 2015
Close of Expert Discovery: November 16, 2015

DISPOSITIVE MOTIONS shall be filed by December 3, 2015, and set for hearing no later than January 28, 2016 at 1:30 p.m.  The parties may stipulate as to the last date to file oppositions to dispositive motions.  Replies in support of dispositive motions shall be filed no later than January 7, 2016.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: March 24, 2016, at 1:30 p.m.

COURT TRIAL: April 11, 2016, at 9:00 a.m. Trial is expected to last three days.

Accordingly, the parties' request to vacate all previously-scheduled dates is DENIED.

**IT IS SO ORDERED.**

Dated: June 15, 2015

_____
LUCY H. KOH
United States District Judge