UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DEPUTY SHERIFFS' ASSOCIATION OF MONTEREY COUNTY,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT MILLER, et al.,<br><br>Defendants. | Case No. 14-CV-04128-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |
|---|---|

The parties have failed to file a joint case management statement seven days in advance of the case management conference scheduled for August 19, 2015 at 2 p.m. *See* Civ. L. R. 16-10(d). The parties are hereby ORDERED to file one joint case management statement by Monday, August 17, 2015, at 10 a.m. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." *Id.*

**IT IS SO ORDERED.**

Dated: August 13, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No. 14-cv-04128-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT