UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEPUTY SHERIFFS' ASSOCIATION OF MONTEREY COUNTY,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT MILLER, et al.,<br><br>Defendants. | Case No. 14-CV-04128-LHK<br><br>**ORDER DENYING REQUEST TO STAY PROCEEDINGS, AND DIRECTING PARTIES TO FILE STIPULATION** |

Before the Court is a notice of settlement filed by the parties on August 17, 2015. ECF No. 33 ("Notice"). In the Notice, the parties state that they "have reached a settlement" and request that the Court "stay all proceedings pending the submission of a request for dismissal of this case." *Id.* at 1. The parties further state that "the settlement agreement has been circulated for execution by the parties," and that after "obtaining approval and execution of the settlement agreement, the parties shall forthwith file with the Court a Request for Dismissal with Prejudice." *Id.* at 1-2.

The parties first notified the Court of a settlement in this matter in a joint case management statement filed on June 12, 2015. ECF No. 30 ("JCMS"). In that JCMS, the parties stated they "tentatively agreed to settle this case, subject to negotiating over the language of a formal

1
Case No. 14-CV-04128-LHK
ORDER DENYING REQUEST TO STAY PROCEEDINGS AND DIRECTING PARTIES TO FILE STIPULATION

settlement agreement." *Id.* at 2. The parties further stated that they "expect to finalize and execute a settlement agreement resolving the claims in this lawsuit within the next 45 days." *Id.* The parties requested that the Court vacate the case schedule "set forth in the Court's Case Management Order." *Id.*

On June 15, 2015, the Court issued an Order Continuing Case Management Conference. ECF No. 31. In that Order, the Court continued the case management conference, then scheduled for June 17, 2015, to August 19, 2015. *Id.* at 1. The Court further stated that "[u]ntil the parties file a joint stipulation of dismissal, the case schedule will remain as previously set." *Id.*

On August 13, 2015, when the parties failed to timely file a joint case management statement pursuant to Civil Local Rule 16-10(d), the Court filed an order directing the parties to file a joint case management statement by August 17, 2015 at 10 a.m. ECF No. 32. On August 17, 2015, the parties filed the instant Notice.

The Court hereby DENIES the parties' request to stay proceedings pending the submission of a request for dismissal. The parties shall file, by Wednesday, August 19, 2015 at 10 a.m., a stipulation of dismissal with prejudice. Until the parties file such a stipulation, the case management conference scheduled for August 19, 2015 at 2 p.m. remains as set.

**IT IS SO ORDERED.**

Dated: August 18, 2015

_____
LUCY H. KOH
United States District Judge

2
Case No. 14-CV-04128-LHK
ORDER DENYING REQUEST TO STAY PROCEEDINGS AND DIRECTING PARTIES TO FILE STIPULATION